221 So.2d 923

### La Vonnie HODGES

v.

### STATE.

### 4 Div. 360.

Supreme Court of Alabama.

March 27, 1969.

Rehearing Denied May 8, 1969.

Certiorari to Court of Appeals.

Elno A. Smith, Jr., Montgomery, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

MERRILL, Justice.

Petition of La Vonnie Hodges for certiorari to the Court of Appeals to review and revise the judgment and decision in Hodges v. State, 45 Ala.App. 29, 221 So.2d 922.

Writ denied.

LIVINGSTON, C. J., and LAWSON and HARWOOD, JJ., concur.

224 So.2d 924

### Betty Lou JONES

v.

### CITY OF BIRMINGHAM.

### 6 Div. 719.

Supreme Court of Alabama.

June 26, 1969.

Certiorari to Court of Appeals.

J. Louis Wilkinson, Birmingham, for petitioner.

William C. Walker, Birmingham, opposed.

MERRILL, Justice.

Petition of Betty Lou Jones for certiorari to the Court of Appeals to review and revise the judgment and decision in Jones v. City of Birmingham, 45 Ala.App. 86, 224 So.2d 922.

Writ denied.

LIVINGSTON, C. J., and LAWSON and HARWOOD, JJ., concur.